**Emma Victoria HOWARD, Plaintiff–Appellant,**

v.

**UNC HEALTHCARE SYSTEM; Norman Klase, Human Resource Manager In His Official Capacity; Susan Phillips, Vice President For Surgical Services, Individually and In Her Official Capacity; Patt Sturdivant, Chief Anesthesia Technician, Individually and In Her Official Capacity; Gail Walker, Team–Leader For Anesthesia Technicians & Central Supply Technicians, Individually and In Her Official Capacity; Bonnie Overman, American Disability Agent & Equal Employment Opportunity Agent, Individually and In Her Official Capacity, Defendants–Appellees.**

No. 11–1285.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Emma Victoria Howard, Appellant Pro Se. Celia Grasty Lata, UNC Hospitals/UNC Health Care, Chapel Hill, North Carolina, for Appellees.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma Victoria Howard appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard v. UNC Health Care Sys.*, No. 1:10–cv–00047–WO–PTS, 2011 WL 941495 (M.D.N.C. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*